UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE CRAWFORD, | No. 2:14-cv-00571 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

On May 2, 2104, respondent filed a motion to dismiss petitioner's petition for writ of habeas corpus for failure to state a cognizable claim.  (See ECF No. 10.)  On March 7, 2014, petitioner was advised that, "If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion. . . ."  (ECF No. 5 at 2.)

More than thirty days have passed since service of respondent's motion.  However, petitioner has not filed an opposition or statement of non-opposition.

Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Finally, Rule 41(b), Federal Rules of Civil Procedure,

1

authorizes the involuntary dismissal of an action for failure to prosecute or to comply with a court order or rules of court.

Pursuant to these authorities, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Within 21 days from the filing date of this order, petitioner shall file and serve an opposition, if any, to respondent's motion to dismiss.

2. Failure to file an opposition will be deemed as consent to have this action dismissed for lack of prosecution, failure to abide by the rules of court, and failure to comply with a court order; and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 9, 2014

craw0571.nooppo.kjn.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE